# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARKEL INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00456-R-JPRx<br><br>**JUDGMENT**<br><br>**Hon. Manuel L. Real** |

　　　This matter came on for hearing before the Court on September 17, 2018 on Defendant Markel Insurance Company's ("MIC") motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in favor of MIC and against Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), the Honorable Manuel L. Real, United States District Court Judge, presiding.

　　　Pursuant to the Court's September 27, 2018 order granting Defendant MIC's Motion for Summary Judgment against Plaintiff National Union in its entirety:

1

**JUDGMENT**
　　　　　　　　　　　　　　Case No.: 2:18-cv-00456-R-JPRx

220114860.v1

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant MIC on Plaintiff National Union's First Amended Complaint for equitable subrogation, that National Union shall recover nothing, and that MIC shall recover its costs incurred herein.

Dated: November 20, 2018

_____
Hon. Manuel L. Real
Judge, United States District Court